IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROGER ROBLES, individually and on behalf of all
others similarly situated

    Plaintiff,

vs.                                                              No. CIV 10-0135 JB/WPL

BRAKE MASTERS SYSTEMS, INC.; BRAKE
MASTERS OF NEW MEXICO, INC.; BRAKE
MASTERS HOLDINGS NMX, INC.; and BRAKE
MASTERS OF NEW MEXICO, LLC

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (I) the parties' Joint Motion for Approval of Collective Action Settlement and Dismissal, filed January 8, 2011 (Doc. 44); (ii) the parties' Supplemental Joint Motion for Approval of Collective Action Settlement and Dismissal, filed January 25, 2011 (Doc. 49); and (iii) the Court's Memorandum Opinion and Order, filed January 31, 2011 (Doc. 52). Because the Joint Motions and the Courts Memorandum Opinion and Order resolve all matters before the Court, the Court now enters final judgment.

**IT IS ORDERED** that all of the claims Plaintiff Roger Robles, individually and on behalf of all others similarly situated, brought against the Defendants are dismissed with prejudice and this case is dismissed.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Jeremi K. Young
Tim Newsom
The Young Law Firm, P.C.
Amarillo, Texas

 *Attorneys for the Plaintiffs*

Stanley K. Kotovsky , Jr.
Tinnin Law Firm, P.C.
Albuquerque, New Mexico

-- and --

Tibor Nagy , Jr
Ogletree Deakins Nash Smoak & Stewart P.C.
Tucson, Arizona

-- and --

Ann Marie Painter
Rachel Morgan
Morgan, Lewis & Bockius, LLP
Dallas, Texas

 *Attorneys for Defendants Brake Masters Systems, Inc.*
  *and Brake Masters of New Mexico, Inc.*

Lorna M. Wiggins
Albuquerque, New Mexico

-- and --

Whitney Warner
Albuquerque, New Mexico

-- and –

Ann Marie Painter
Rachel Morgan
Morgan, Lewis & Bockius, LLP
Dallas, Texas

 *Attorneys for Defendants Brake Masters Systems, Inc.; Brake Masters*
  *Holdings NMX, Inc.; and Brake Masters Holdings NMX, Inc.*